ACCEPTED
01-15-00175-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 9:25:09 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00175-CV

| | | |
|---|---|---|
| **MANOWAR AZIZ and** | § | **IN THE COURT OF APPEALS** |
| **AB TRANSPORT AND TRUCKING** | § | |
| **vs.** | § | **FOR THE FIRST DISTRICT** |
| **ABDUL WARIS, Individually, and** | § | |
| **On Behalf of PROGRESSIVE TRUCKING** | § | |
| **As Shareholder.** | § | |
| | § | |
| | § | **AT HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 9:25:09 AM
CHRISTOPHER A. PRINE
Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW Manowar Aziz, Appellant, by and through his attorney of records, Wakil O. Oyedemi, and files this motion for an extension of time to file an appellant's brief pursuant to Tex. R. App. P. 38.6(d). In support of this motion, appellant will respectfully show the honorable Court:

### FACTUAL BACKGROUND AND REQUEST FOR EXTENSION

1.      The appellate brief in this matter is due on May 30, 2015. Appellant's counsel has been working diligently to meet this deadline. However, recent weather caused damage to the roof at counsel's office and a leak into the office. The power supply was also affected. This caused the need to move offices and to call for the service of technicians. The situation caused a disruption in the activities in the office and made it impossible for counsel to meet the deadlines.

2.      Based on the above, Appellant was unable to timely file its appellant's brief. When an earlier motion for extension was filed, the Court informed the Appellant that the motion should be filed after a response to Appellee's motion before the Court. Appellant has since filed the said reply.

3.     Also, the Appellant has filed its Appellant's brief before the Court pursuant to the above mentioned instructions. Appellant hereby respectfully request for an extension from the honorable Court.

4.     Appellant asserts that this request for extension will not cause any prejudice to the Appellee. The request is not filed for the purpose of delay but so that justice may be done.

## PRAYER

WHEREFORE Manowar Aziz, Appellant, respectfully asks the Court to grant an extension of time to file an appellant's brief in this case, and for such other reliefs to which the appellant may be entitled in law or in equity.

Respectfully submitted,

*/s/wakiloyedemi*

Wakil O. Oyedemi, Esq.
TBN : 24084291
101 Southwestern Boulevard, Suite 200
Sugar Land, Texas 77478
Tel: (832) 939-8578
Fax: (832) 939-8582
**ATTORNEYS FOR APPELLANT**
**MANOWAR AZIZ**

<u>CAUSE NO. 01-15-00175-CV</u>

| | | |
|---|---|---|
| MANOWAR AZIZ and | § | IN THE COURT OF APPEALS |
| AB TRANSPORT AND TRUCKING | § | |
| vs. | § | FOR THE FIRST DISTRICT |
| ABDUL WARIS, Individually, and | § | |
| On Behalf of PROGRESSIVE TRUCKING | § | |
| As Shareholder. | § | |
| | § | AT HOUSTON, TEXAS |

## <u>AFFIDAVIT IN SUPPORT FOR REQUEST FOR AN EXTENSION TO FILE APPELLANT'S BRIEF</u>

**State of Texas**

**County of HARRIS**

BEFORE ME, the undersigned authority, on this day personally appeared Wakil O. Oyedemi, who being by me duly sworn on his oath deposed and said:

"My name is Wakil Oyedemi; I am over the age of eighteen (18) years, and I am an attorney for the appellant in the above mentioned matter. I am fully competent to make this affidavit. I have read the foregoing Motion for Extension of Time to File Appellant's Brief. Based on my knowledge of this matter, the facts stated in the motion are true and correct."

_____
Affiant

Subscribed and sworn to before me on July 9, 2015, by Wakil O. Oyedemi.



YVONNE F. KESSLER
Notary Public, State of Texas
My Commission Expires
November 19, 2017

_____
Signature of officer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of time to file appellant's brief was served on the Appellee through its attorney of record, by electronic service.

*/s/wakiloyedemi*

Wakil O. Oyedemi, Esq.